THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In the Court of Appeals

 
 
 
 Bobby A. Sabb, Petitioner,
 v.
 State of South Carolina, Respondent.
 
 
 

ON WRIT OF CERTIORARI

Appeal from Clarendon County
Thomas W. Cooper, Jr., Circuit Court Judge
Paula H. Thomas, Post-Conviction Relief Judge

Unpublished Opinion No. 2008-UP-276
Submitted April 1, 2008  Filed May 22, 2008

APPEAL DISMISSED

 
 
 
 Appellate Defender Lanelle C. Durant, of Columbia, for Petitioner.
 Attorney
 General Henry D. McMaster, Chief Deputy Attorney John W. McIntosh, Assistant
 Deputy Attorney General Salley W. Elliott, and Assistant Attorney General Lance
 Boozer, all of Columbia, for Respondent.  
 
 
 

PER
 CURIAM:  Petitioner seeks a writ of certiorari from
 the denial of his application for post-conviction relief (PCR).  
Because
 there is sufficient evidence to support the PCR judges finding that
 Petitioner is entitled to a belated appeal, we grant the petition for a writ of certiorari and proceed with a
 review of the direct appeal issue pursuant to Davis v. State, 288 S.C.
 290, 342 S.E.2d 60 (1986).
After
 a thorough review of the record and counsels brief pursuant to Anders v.
 California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116,
 406 S.E.2d 357 (1991), we dismiss[1] Petitioners appeal. Counsels motion to be relieved
 is granted.
APPEAL DISMISSED. 
HUFF, KITTREDGE,
 and WILLIAMS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.